UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| TYLER NATHANIEL MILLS, Petitioner, | Civil No. 01-2275 JRT/JGL |
| v. | **ORDER** |
| ROBERT MUNDT, Respondent. | |

This matter is before the Court on petitioner's motion for extension of time to respond to the Report and Recommendation. The Court finds that the petitioner has shown good cause for the requested extension. The Court will allow a 10-day extension.

Based upon petitioner's motion, and upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that petitioner's motion for an extension of time to respond to the Report and Recommendation [Docket No. 4] is **GRANTED.** Petitioner's objections to the Report and Recommendation are due on January 16, 2002.

Dated: Jan. 10, 2002
at Minneapolis, Minnesota

John R. Tunheim
JOHN R. TUNHEIM
United States District Judge

FILED JAN 10 2002