**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

TYLER NATHANIEL MILLS,

Petitioner,

v.

ROBERT MUNDT,

Respondent.

Civil No. 01-2275 (JRT/JGL)

**ORDER**

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jonathan Lebedoff dated December 13, 2001. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings therein, **IT IS HEREBY ORDERED** that:

1. Petitioner's application to proceed without prepayment of fees [Docket No. 2] is **DENIED**; and

2. Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 [Docket No. 1] is **SUMMARILY DISMISSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: March 20, 2002
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

FILED MAR 20 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAR 20 2002
DEPUTY CLERK